IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LAURA K. PALACIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:18-CV-416-FDW-DSC |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Seal Document 9-2. For the reasons stated therein, the Motion is **GRANTED**. The Clerk is ordered to seal the exhibits to Defendant's Motion to Dismiss, Document 9-2, and accept the redacted version of Document 9-2 submitted with the Motion to Seal for filing. Plaintiff's Motion to Compel (Docs. 11, 11-1) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: December 14, 2018

David S. Cayer
United States Magistrate Judge